# United States District Court

WESTERN DISTRICT OF WASHINGTON

GLORIA J. BLACKMAN

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5026RJB/KLS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The court adopts the Report and Recommendation (Dkt. 24); and

The matter is remanded to the Commissioner of Social Security for further proceedings in accordance with the findings within the Report.


  December 8, 2009                                                   BRUCE RIFKIN  
Date                                                                                     Clerk

                                                                                      *s/CM Gonzalez*  
                                                                                    Deputy Clerk